# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: 2:24-cv-00838

JERALD FERRELL and
KATHRYN FERRELL,

    Plaintiff,

v.

AMERICAN STRATEGIC
INSURANCE CORP.,

    Defendant.
_____/

## COMPLAINT

JERALD FERRELL and KATHRYN FERRELL ("Plaintiffs"), hereby sue the defendant, AMERICAN STRATEGIC INSURANCE CORP. ("AMERICAN STRATEGIC"), and allege as follows:

### PARTIES, JURISDICTION, & VENUE

1. This is an action for damages.

2. Plaintiffs' alleged damages arise from an insurance policy issued pursuant to the National Flood Insurance Program ("NFIP").

3. AMERICAN STRATEGIC issued a flood insurance policy to Plaintiffs via the NFIP.

4. Actions on insurance policies issued pursuant to the NFIP are governed, at least in part, by 42 U.S.C. §4072.

5. This Court has subject matter jurisdiction pursuant to 42 U.S.C. §4072.

6. Plaintiffs are individuals who at all times material hereto resided in Lee County, Florida.

7. AMERICAN STRATEGIC is a Florida corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto been conducting business in Lee County, Florida.

8. Venue is proper in United States District Court for the Middle District of Florida because the insurance policy which forms the subject matter of this lawsuit was executed in Lee County, Florida, the subject property is located in Lee County, Florida, Plaintiffs reside in Lee County, Florida, and AMERICAN STRATEGIC operates within Lee County, Florida.

9. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## GENERAL ALLEGATIONS

10. At all times material hereto, in consideration of a premium paid by Plaintiffs, there was in full force and effect a homeowners insurance policy issued by AMERICAN STRATEGIC with a policy number of 0FLD537515 (the "Policy").

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

11. Under the terms of the Policy, AMERICAN STRATEGIC agreed to provide insurance coverage against certain losses to Plaintiffs' insured property.

12. A true and complete copy of the Policy is attached as **"Exhibit A."**

13. Plaintiffs' property insured by the Policy is located at 5205 Tiffany Court, Cape Coral, Florida 33904 ("the Property").

16. During the effective period of the policy, the Property suffered a direct physical loss.

17. Specifically, on or about September 28, 2022, a flood impacted the Property (the "Event").

18. The Event caused physical damage to the Property (i.e. the "direct physical loss").

19. The Event was not specifically excluded or excepted from coverage under the Policy.

20. The physical damage was not caused by any excluded causes under the Policy.

21. The Event was a peril the Policy specifically insured against, thereby triggering coverage under the policy.

22. Due to the Event, Plaintiffs either incurred, will reasonably incur, or did incur and will continue to reasonably incur financial loss (the "Loss"). This includes,

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

but is not limited to, monies expended by Plaintiffs, or that will be reasonably expended, to restore the Property to its pre-loss condition by repairing the physical damage to the Property resulting from the Event.

23. AMERICAN STRATEGIC received notice of the Loss and acknowledged it as Claim Number 19262-221001.

24. Accordingly, AMERICAN STRATEGIC inspected the Property to assess the Loss.

25. AMERICAN STRATEGIC determined coverage was available for Plaintiffs' Loss.

26. As a result, on or about January 19, 2023, AMERICAN STRATEGIC issued payment to Plaintiffs in the amount of $102,486.32.

27. The payment by AMERICAN STRATEGIC was not sufficient to compensate Plaintiffs for their Loss.

28. As of January 19, 2023, Plaintiffs had yet to fully evaluate the extent of their flood claim.

29. Several factors delayed Plaintiffs ability to fully evaluate the claim, including, but not limited to: (1) the catastrophic loss to the Property, which was damaged by both severe flooding and severe wind; (2) the emergency nature of the

Page **4** of **9**

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

disaster affecting the greater Cape Coral and Lee County area, which made securing the services of contractors and inspectors more difficult and time consuming.

30. Sometime after January 19, 2023, Plaintiffs (via their authorized representative, a public adjusting firm – All Claims USA Public Adjusters, Inc.) submitted to AMERICAN STRATEGIC documentation (in the form of photographs, estimates, and other supporting materials) to substantiate their disagreement with AMERICAN STRATEGIC's evaluation of the loss and request additional payment.

31. In response, AMERICAN STRATEGIC reevaluated its position on coverage and payment on the claim.

32. On April 25, 2024, AMERICAN STRATEGIC, after completing a supplementary investigation of the claim, expressed a written denial of any additional payment to Plaintiffs. A copy of the April 25, 2024 letter is attached as **"Exhibit B."**

33. The April 25, 2024 letter from AMERICAN STRATEGIC was the first instance of AMERICAN STRATEGIC's express denial of any part of Plaintiff's claim.

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

34. Prior to the filing of this litigation, Plaintiffs (via their undersigned attorney) made a final effort to resolve this dispute without litigation via written correspondence dated July 18, 2024, in which additional payment was requested.

35. AMERICAN STRATEGIC did not issue any further payment in response to the July 18, 2024 correspondence.

36. AMERICAN STRATEGIC's refusal to properly compensate Plaintiffs for the Loss, as it promised to do in the Policy, amounts to a breach of the Policy.

37. Plaintiffs have suffered and continue to suffer damages resulting from AMERICAN STRATEGIC's breach of the Policy; to wit: Plaintiffs have incurred and/or will incur financial expense resulting from the Event that AMERICAN STRATEGIC was otherwise obligated to pay (i.e. their "Loss").

## COUNT I
## BREACH OF CONTRACT

Plaintiffs reincorporate paragraphs 1 through 37 as if fully set forth herein.

38. It is undisputed that Plaintiffs and AMERICAN STRATEGIC entered into a written contract ("the Policy") wherein Plaintiffs agreed to pay a premium and AMERICAN STRATEGIC promised to insure against the risk of covered events resulting in losses to Plaintiffs' Property.

39. Plaintiffs paid all premiums due and owing to actively maintain the Policy, and have otherwise performed all of their obligations set forth in the Policy.

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

40. Therefore, AMERICAN STRATEGIC was obligated to insure against the risk of loss resulting from covered events.

41. Specifically, upon the occurrence of a covered event at the property (a "Peril Insured Against"), the Policy obligates AMERICAN STRATEGIC to pay Plaintiffs for losses resulting from the covered event. Specifically, AMERICAN STRATEGIC promised to pay Plaintiffs the amounts necessary to restore their property to a pre-loss condition.

42. AMERICAN STRATEGIC was put on notice of a direct physical loss to the Plaintiffs' insured property ("the Event" as identified supra).

43. The Event caused loss to the Property during the effective period of the Policy.

44. The Event was not specifically excluded or excepted from coverage under the Policy.

45. Alternatively, loss ensuing from the Event was a Peril Insured Against pursuant to AMERICAN STRATEGIC's policy terms.

46. Because the Event and/or loss ensuing therefrom was a Peril Insured Against, AMERICAN STRATEGIC was required to fulfill its obligation and promises to Plaintiffs; specifically, to pay Plaintiffs to permit them to restore their

Page 7 of 9

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

property to its pre-loss condition and/or recover for other losses stemming from the covered event.

47. To date, AMERICAN STRATEGIC has failed to perform as obligated.

48. AMERICAN STRATEGIC's failure to perform as obligated (*i.e.* not paying Plaintiffs for their losses) amounts to a material breach of the Policy.

49. As a direct and proximate result of AMERICAN STRATEGIC's breach, Plaintiffs suffered economic damages in the form of undercompensation of insurance benefits due to them under the Policy.

50. Plaintiffs' damages (as calculated by the amounts due to them under the insurance policy) at this time total $267,000.75 (based upon the All Claims USA Public Adjusting, Inc. repair estimate attached as **"Exhibit C"**) less the applicable deductible, any overages beyond the $250,000.00 policy limit, and AMERICAN STRATEGIC's prior payment. However, due to the continuing nature of the loss and the possibility that additional damage may be hidden or undiscovered, Plaintiffs reserve their right to amend this pleading to state additional damages should they be discovered or should the damages change after the filing of this pleading.

WHEREFORE, Plaintiffs respectfully request this Court enter judgment against AMERICAN STRATEGIC for its material breach of the Policy, that AMERICAN STRATEGIC pay Plaintiffs for the full amount of their losses, and to

JIMENEZ LEGAL, THE LAW FIRM, P.A.
1999 N. University Drive, Suite 406, Coral Springs, Florida 33071 • Tel: (321) 465-3425 • Fax: (321) 351-5150
www.JLFLA.com

grant such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues so triable as a matter of right.

Dated this 15th day of September, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via the Court's e-filing system on this 15th day of September, 2024 and served upon AMERICAN STRATEGIC through its registered agent.

Respectfully submitted,

**JIMENEZ LEGAL, THE LAW FIRM, P.A.**
1999 N. University Drive, Suite 406
Coral Springs, FL 33071
Telephone:  321.465.3425
Facsimile:   321.351.5150
Email:  edward@JLFLA.com
Service:  service@JLFLA.com

By:/s/___Edward G. Jimenez_____
       Edward G. Jimenez, Esq.
       Fla. Bar No.: 117771